RECEIVED
AUG 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVID M. WELLS | CIVIL ACTION NO. 6:17-CV-00014 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| DISA GLOBAL SOLUTIONS INC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of United States Magistrate Judge Patrick J. Hanna previously filed herein (Rec. Doc. 47), and after a de novo review of the record including the objections filed (Rec. Doc. 48), this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment (Rec. Doc. 34), filed by the defendant, DISA Global Solutions, Inc., is hereby **GRANTED**, and the plaintiff David M. Wells' claims are hereby **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 10TH day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE